FILED
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO
AUG 19 2020
MITCHELL R. ELFERS
CLERK OF COURT

AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Ryan BERG<br><br>*Defendant* | )<br>)<br>) Case No. 20-MJ-1433<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   08/18/2020   in the county of   Chaves   in the _____ District of   New Mexico  , the defendant violated   Title 18; Title 21   U. S. C. §   922(g)(1); 924(c); 841  , an offense described as follows:

Title 18 United States Code, § 922(g)(1), for any person who has been convicted of a felony crime punishable by imprisonment for a term exceeding one year, to possess a firearm or ammunition in or affecting interstate commerce.

Title 18 United States Code § 924(c), carrying a firearm during and in relation to a drug trafficking crime and possession of a firearm in the furtherance of such crime;

Title 21 United States Code § 841, possession of a controlled substance, 499 gross grams of methamphetamine, with the intent to distribute.

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alex Barleen/ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/19/2020

_____
*Judge's signature*

City and state:   Roswell, New Mexico         Barbara Evans, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES OF AMERICA

V.

Ryan BERG

AFFIDAVIT

1. Affiant, Alex Barleen, is a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). TFO Barleen is currently employed by the Roswell Police Department, New Mexico, and has been assigned to the Chaves County Metro Narcotics Task Force since November 2018. Prior to this assignment TFO Barleen was assigned to Patrol Division for approximately four and one half years. As part of training for these duties, TFO Barleen attended sixteen (16) weeks of specialized training at the New Mexico Law Enforcement Academy in Santa Fe, New Mexico. As a result of this training, TFO Barleen has been certified as a Police Officer for the State of New Mexico and has received training and experience involving violations of state and federal law. TFO Barleen has also received ATF specific experience in the determination of probable cause and in the use of warrants and complaints to enforce federal laws. TFO Barleen is currently assigned to the Roswell, New Mexico Satellite Office.

2. Affiant, being duly sworn, states the following to be true and correct to the best of his knowledge and belief based upon his personal observations and from information provided by knowledgeable law enforcement agents and officers who are involved in the investigation Ryan BERG. The facts outlined in this narrative are not meant to be a complete narrative of all that has occurred in connection with this investigation, but are only a summary of facts necessary to set forth probable cause in support of the criminal complaint and does not purport to set forth all of the affiant's knowledge regarding this investigation.

3. As a result of my training and experience as an ATF Task Force Officer, I am familiar with federal criminal laws and know that it is a crime for any person who has been convicted of a felony crime punishable by imprisonment for a term exceeding one year to possess a firearm

or ammunition in or affecting interstate commerce, in violation of Title 18 United States Code § 922(g)(1); for any person to possess with intent distribute a controlled substance, in violation of Title 21 United States Code, § 841; and for any person to carry a firearm during and in relation to a drug trafficking crime and to possess a firearm in the furtherance of such crime, in violation of Title 18 United States Code § 924(c)

4. On Tuesday, August 18, 2020, TFO Barleen was contacted by Agent Jorge Arroyo with the Chaves County Metro Narcotics Task Force (CCMNTF). TFO Barleen was informed that Ryan BERG had been detained in reference to a drug trafficking investigation where a substantial amount of suspected methamphetamine and a firearm were seized. TFO Barleen learned the following from Roswell Police Department (RPD) Officer Travis Smith and Agent Arroyo.

5. On Tuesday, August 18, 2020, at approximately 0319 hours, RPD Officer Smith was in his fully marked patrol unit, wearing a class B uniform, displaying his badge of office, on routine patrol in the City of Roswell, County of Chaves, State of New Mexico. Officer Smith was in the area of N. Main St. and Country Club within Roswell when he observed a black Nissan Altima bearing Arizona license plate "BSH7395" travelling north on N. Main St. Officer Smith used his Mobile Command Terminal (MCT) within his patrol unit to conduct a registration inquiry on the vehicles license plate. Officer Smith observed the registration to not return on file. Officer Smith activated emergency equipment on his patrol unit and conducted a traffic stop on the vehicle in the parking lot of 3010 N. Main St. (Simple Rewards Inn).

6. Officer Smith approached the driver's side of the vehicle and contacted the sole occupant of the vehicle, Ryan BERG. Officer Smith noted that BERG was nervous and stated the vehicle was a rental car. RPD Officer Steven Rosser then arrived on scene to assist Officer Smith. Officer Smith moved to the passenger side of the vehicle. Officer Smith observed three lock boxes on the passenger seat of the vehicle. Officer Smith asked from outside of the vehicle if he could open the door to speak to BERG. BERG stated that he could, and Officer Smith opened the door. Upon opening the door, Officer Smith observed a firearm in the passenger floor area of the vehicle and asked Officer Rosser to remove BERG from the vehicle. Officer

CRIMINAL COMPLAINT - CONTINUED

Smith noted that the firearm was placed on the floor of the passenger side with the barrel facing the door appearing as if it had been placed there.

7. Officer Smith then advised BERG of his Miranda Warnings and told BERG that he was not under arrest but detained. Officer Smith conducted a Terry Pat on BERG and during so asked for consent to search BERG. Officer Smith removed a bag of unknown pills from BERG's right front pocket. BERG stated that he did not know what the pills were. Officer Smith also located what he noted as a large sum of U.S. Currency in BERG's pocket. BERG stated to Officer Smith that he was unemployed. Officer Smith asked BERG if he was a convicted felon, and he replied that he was. Officer Smith conducted a criminal history inquiry and observed BERG to be a convicted felon.

8. Officer Smith conducted a registration inquiry on the vehicle's license plate and VIN and neither were found on file. With the above information Officer Smith obtained a New Mexico Magistrate Court Search Warrant for the vehicle. The vehicle was left in place and a search was conducted on-site of the traffic stop. Officer Smith took overall photographs of the vehicle and located the below listed items which were seized and booked in at the Roswell Police Department.

- Ruger Security-9 9mm pistol, Serial Number: 383-41281 (loaded)
- Magazine with seven (7) 9mm rounds of ammunition.
- Glass methamphetamine smoking device from box.
- Glass methamphetamine smoking device from center console.
- Several bags containing a white crystalline substance (total weight approximately 499.2g) from lock boxes.
- Black tar-like substance in clear plastic bag from lock box. (total weight approximately 20.8g)
- G7 Cell Phone from BERG.
- Bag of blue pills from BERG.
- Blue tourniquet x4 from lock box.
- Capped syringe from lock box.

3

- Spoon with dark tar-like substance from box.
- Unknown pills from lock box.
- Functional digital scale with white crystalline and dark tar residue from lock box.
- Two (2) containers of marijuana from lock box.
- Bag of syringes from lock box.
- Marijuana grinder from lock box.
- Magazine containing ten (10) 9mm ammunition from lock box.
- Syringe with black substance from lock box.
- $513.00 U.S. Currency

9. Officer Smith contacted Agent Arroyo who responded to the Roswell Police Department. Agent Arroyo reminded BERG of his Miranda warnings, and BERG agreed to speak with Agent Arroyo. BERG stated to Agent Arroyo that he had purchased what he believed to be six (6) ounces of methamphetamine from Albuquerque, New Mexico for $2200.00. BERG stated that he planned to sell the methamphetamine for approximately $550-$600 per ounce. BERG stated that he has been selling methamphetamine for approximately eight (8) months since he was released from prison in Texas. BERG stated that he sells oxycodone and "blue pills" for between $10-$30 per pill. BERG stated that he had handled the firearm within the vehicle and described the firearm to Agent Arroyo as a black Ruger 9mm handgun. BERG stated that his DNA would come back on the firearm because he had handled the firearm. BERG stated that he has the firearm for protection. BERG advised that another individual had rented the vehicle for BERG on approximately August 3, 2020 and BERG has had the vehicle since then.

10. Agent Arroyo utilized the Tru-Narc drug identification field test on the suspected methamphetamine and observed a positive presence for methamphetamine. Agent Arroyo also conducted a field test on the suspected heroin and observed a positive result for heroin from the substance.

11. Agent Arroyo then contacted TFO Barleen who responded to the Roswell Police Department. TFO Barleen contacted BERG and read him Miranda Warnings. BERG

signed a Miranda Warnings Waiver. BERG stated the highest grade he completed was ninth grade and that he could read, write, and understand conversation. BERG seemed to be of average intelligence. BERG stated that he was going to Simple Rewards Inn with his girlfriend in order to get a room. BERG stated that he was driving a rental car when he was stopped and that it had an Arizona license plate. BERG said that he had purchased $2200.00 of methamphetamine from Albuquerque, New Mexico, and that he planned on selling and distributing the methamphetamine in Roswell, New Mexico for approximate 2-3 times what he paid for it. BERG stated that the approximate amount of methamphetamine BERG had was six (6) ounces and that BERG uses approximately one gram of both methamphetamine and marijuana daily and he smokes both substances. BERG stated that he was planning to sell/distribute the suspected heroin and had used the digital scale to weigh and sell heroin and methamphetamine.

12. TFO Barleen conducted a criminal history on BERG and located the below listed felony convictions:

   a   D-504-CR-201000066, Unauthorized Use of Theft of the Card of Another, Fourth Degree Felony, 5th Judicial District Court New Mexico
   b   25263B, Manufacturing/Delivery of Controlled Substance <1G Drug Free Zone, Third Degree Felony, 181st District Court, Randall County, Texas.

13. ATF S/A Russel Davis responded to the Roswell Police Department at the request of TFO Barleen. S/A Davis is an ATF certified Interstate Nexus Expert. S/A Davis inspected the firearm and ammunition seized during this investigation and informed TFO Barleen that the firearm and ammunition seized were not manufactured in the State of New Mexico and has therefore affected interstate commerce.

14. TFO Barleen believes after a review of all the information presented to him that there is probable cause that Ryan BERG possessed a firearm and ammunition in or affecting interstate commerce after being convicted of a felony crime punishable by imprisonment for a term exceeding one year; that BERG possessed a controlled substance (methamphetamine) with the

**CRIMINAL COMPLAINT - CONTINUED**

intent to distribute; and that BERG carried a firearm during and in relation to a drug trafficking crime and possessed the firearm in the furtherance of such crime.

_____
Alex Barleen, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Subscribed and sworn to before**

me this 19th day of August, 2020

_____
Barbara Evans U.S. MAGISTRATE JUDGE